1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  ELIZABETH D. KURLAN (CABN 255869)
   Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-7298
6       Facsimile: (415) 436-6748
        Elizabeth.Kurlan@usdoj.gov
7
   Attorneys for Defendants
8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                            SAN FRANCISCO DIVISION
11
   B-K-,
12
                 Plaintiff,                    Case No. 3:24-cv-07545 LJC
13
         v.
14                                             **STIPULATION TO STAY PROCEEDINGS;**
                                               ~~[PROPOSED]~~ **ORDER**
   UR M. JADDOU, in her official capacity as
15 Director, United States Citizenship and
   Immigration Services, *et al*.,
16
                 Defendants.
17

18
    The parties, through their attorneys, hereby stipulate and respectfully request the Court to stay
19
proceedings in this case for a limited time, until August 26, 2025. The parties make this joint request
20
because they are pursuing an administrative resolution that may render further litigation of this case
21
unnecessary.
22
    1.    Plaintiff filed this mandamus action seeking adjudication of their Form I-589,
23
Application for Asylum and Withholding of Removal.  United States Citizenship and Immigration
24
Services ("USCIS") scheduled an interview for April 28, 2025.  USCIS will work diligently towards
25
completing adjudication of the I-589 application, absent the need for further adjudicative action or
26
unforeseen circumstances that would require additional time for adjudication.
27
    2.    Plaintiff agrees to submit all supplemental documents and evidence to USCIS seven to
28
Stipulation to Stay
C 3:24-cv-07545 LJC                              1

ten days prior to the agreed upon scheduled interview. Plaintiff agrees that failure to timely submit this evidence may result in the rescheduling of the interview at no fault of USCIS.

  3. If needed by Plaintiff or their dependent(s), Plaintiff shall bring their own interpreter to their asylum interview. *See* https://www.uscis.gov/newsroom/alerts/affirmative-asylum-applicants-must-provide-interpreters-starting-sept-13. Plaintiff recognizes that failure to bring an interpreter to their interview may result in the interview being rescheduled at no fault of USCIS.

  4. Upon receipt of USCIS' decision, Plaintiff agrees to voluntarily dismiss the case.

  5. The parties agree to bear their own litigation costs and attorney fees.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until August 26, 2025, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: January 13, 2025         Respectfully submitted,[1]

                  ISMAIL J. RAMSEY
                  United States Attorney

                  */s/ Elizabeth D. Kurlan*
                  ELIZABETH D. KURLAN
                  Assistant United States Attorney
                  Attorneys for Defendants

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

1  Dated: January 13, 2025

2                                                                */s/ Erdogan Tunc*
                                                                    ERDOGAN TUNC
3                                                                   Attorney for Plaintiff

4

5

6

7                                       **[PROPOSED] ORDER**

8      Pursuant to stipulation, IT IS SO ORDERED.

9
   Date:   January 13, 2025
10
                                                                    _____
11                                                                  LISA J. CISNEROS
                                                                    United States Magistrate Judge
12

Stipulation to Stay
C 3:24-cv-07545 LJC                              3